UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORERS' PENSION FUND; ET AL | Court Date: |
| PLAINTIFF(S) | Case No. 07 C 6422 |
| VS. | |
| KEVIN D. BROWN, D/B/A ALLSTAR CONSTRUCTION | AFFIDAVIT OF DUE DILIGENCE: SUMMONS & COMPLAINT |
| DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Affiant states s(he) **DISCONTINUED ATTEMPTING SERVICE** upon **KEVIN D. BROWN, D/B/A ALLSTAR CONSTRUCTION** at **100 N. LASALLE ST., STE 1515, CHICAGO, IL 60602** after due search, careful inquiry and diligent attempts for the reason detailed below.

11/16/2007 1:05 PM - The defendant is unknown. This is ERS Enterprises. The doorman said Allen Ray moved several years ago.

I declare under penalties of perjury that the information contained herein is true and correct.

_Steven A Stosur_
Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 19th day of November, 2007

_Joan C. Harenberg_
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
34893