UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORERS' PENSION FUND; ET AL<br><br>PLAINTIFF(S)<br><br>vs.<br><br>KEVIN D. BROWN, D/B/A ALLSTAR CONSTRUCTION<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>07 C 6422<br><br><br>AFFIDAVIT OF SERVICE:<br>SUMMONS & COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Nov 29, 2007**, at **1:45 PM**, I served the above described documents upon **KEVIN D. BROWN, D/B/A ALLSTAR CONSTRUCTION** as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **KEVIN BROWN**.

Said service was effected at **1007 LONGAKER, NORTHBROOK, IL 60062.**

**DESCRIPTION:** Gender: **M**  Race: **INDIAN**  Age: **43**  Hgt: **5'10"**  Wgt: **175**  Hair: **BROWN**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

Ryan Flaska, Lic #: 117-001119
**Judicial Attorney Services, Inc.**
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 30th day of November, 2007

NOTARY PUBLIC

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/10

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
35126