IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br><br>               Plaintiffs,<br>v.<br><br>KEVIN D. BROWN, d/b/a ALLSTAR CONSTRUCTION.,<br><br>               Defendant. | Case No. 07 C 6422<br><br>Judge BUCKLO |

## NOTICE OF MOTION

To:    Kevin D. Brown d/b/a Allstar Construction
c/o Allen L. Ray, Registered Agent
100 N. LaSalle St., Suite 1515
Chicago, IL 60602

     PLEASE TAKE NOTICE that at *9:30 a.m. on Wednesday, January 23, 2008*, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Elaine E. Bucklo, Room 1441, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present *Plaintiffs' Motion for Rule to Show Cause*, a copy of which is herewith served upon you.

| | |
|---|---|
| January 16, 2008 | Laborers Pension Fund, et al.<br><br>By: /s/ Charles Ingrassia |

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

     The undersigned certifies that on this 16th day of January 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                                  /s/ Charles Ingrassia