**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Laborers' Pension Fund, et al.
                              Plaintiff,

v.                                              Case No.: 1:07−cv−06422
                                                Honorable Elaine E. Bucklo

Kevin D. Brown
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 18, 2008:

    MINUTE entry before Judge Elaine E. Bucklo :Plaintiffs' motion for RULE to show cause[13] is denied without prejudice. Defendant shall produce books and records and submit to an audit within 60 days. Status hearing held on 1/18/2008.Prove−up hearing continued to 4/3/2008 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.