IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 07 C 6422 |
| v. ) | |
| ) | Judge BUCKLO |
| KEVIN D. BROWN, d/b/a ALLSTAR ) | |
| CONSTRUCTION., ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR RULE TO SHOW CAUSE

NOW COME Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds (collectively "Plaintiffs" or the "Funds"), by their attorney, Charles Ingrassia, and hereby move this Court to enter an Order directing Defendant Kevin D. Brown, d/b/a Allstar Construction., (hereinafter the "Defendant") to appear and show cause why he should not be held in contempt for failing to comply with this Court's Order entered on January 18, 2008. In support of this Motion, the Funds state as follows:

1. The Funds filed their Complaint on November 13, 2007 seeking to compel the Defendant to submit benefit reports and contributions for the period of August 2007 forward, to submit union dues reports and dues for the period of August 2007 forward, to submit to an audit upon demand and to compel the Defendant to obtain and maintain a bond.

2. The Defendant failed to file an answer or otherwise plead, and this Court found him in default on December 28, 2007, setting an original prove up date for January 18, 2008.

3. The Defendant did not produce his books and records and did not submit to an

audit, and accordingly, the Funds filed a Motion for Rule to Show Cause on January 16, 2008. The Court dismissed the Funds' motion without prejudice on January 18, 2008 and ordered the Defendant to produce his books and records and submit to an audit within 60 days. A true and accurate copy of this Court's docket entry is attached hereto as **Exhibit A**.

4.  The Funds sent the Defendant a letter on January 23, 2008 requesting that he comply with this Court's Order and produce his books and records and submit to an audit within 60 days. A true and accurate copy of that letter is attached hereto as **Exhibit B**. To date, the Defendant has not produced his books and records and has not submitted to an audit.

5.  Accordingly, the Funds respectfully request that this Court enter an Order directing Defendant Kevin D. Brown, d/b/a Allstar Construction to appear and show cause why he should not be held in contempt for failing to comply with this Court's Order dated January 18, 2008. Plaintiffs further request that this Court award them their attorneys' fees and costs incurred in bringing this Motion.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order directing Defendant Kevin D. Brown, d/b/a Allstar Construction to appear and show cause why the Defendant should not be held in contempt for failing to comply with this Court's Order dated January 18, 2008. Plaintiffs further request that this Court award them their attorneys' fees and costs in bringing this Motion.

March 18, 2008                                      Respectfully submitted,

                                                    Laborers' Pension and Welfare Funds, et al.


                                                    By: /s/ Charles Ingrassia

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

Case 1:07-cv-06422   Document 16   Filed 03/18/2008   Page 4 of 7

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Laborers' Pension Fund, et al.
                    Plaintiff,

v.                                          Case No.: 1:07-cv-06422
                                            Honorable Elaine E. Bucklo

Kevin D. Brown
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 18, 2008:

    MINUTE entry before Judge Elaine E. Bucklo :Plaintiffs' motion for RULE to show cause[13] is denied without prejudice. Defendant shall produce books and records and submit to an audit within 60 days. Status hearing held on 1/18/2008.Prove-up hearing continued to 4/3/2008 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.



EXHIBIT A



# LABORERS' PENSION FUND and HEALTH and WELFARE DEPARTMENT of the CONSTRUCTION and GENERAL LABORERS' DISTRICT COUNCIL of CHICAGO and VICINITY

11465 CERMAK ROAD
WESTCHESTER, IL 60154
Main # (708) 562-0200 Ext. 218

CHICAGO OFFICE
111 W. JACKSON BLVD., SUITE 1415
CHICAGO, IL 60604-3868
OFFICE: (312) 692-1540
FAX: (312) 692-1489

**BOARD OF TRUSTEES**

ADMINISTRATOR
JAMES S. JORGENSEN

SECRETARY
ALAN ESCHE

**PENSION FUND**

FOR LABOR
JOSEPH COCONATO
JAMES P. CONNOLLY
J. MICHAEL LAZZARETTO
FRANK RILEY
LARRY WRIGHT
JEFF M. ZIEMANN

FOR EMPLOYERS
BENJAMIN D'ANDREA
ALAN ESCHE
RICHARD E. GRABOWSKI
ROBERT G. KRUG
DAVID H. LORIG
GARY LUNDSBERG

**WELFARE FUND**

FOR LABOR
JAMES P. CONNOLLY
RANDY DALTON
MARTIN T. FLANAGAN
LIBERATO NAIMOLI
SCOTT PAVLIS
FRANK RILEY

FOR EMPLOYERS
ALAN ESCHE
CHARLES J. GALLAGHER
RICHARD E. GRABOWSKI
DAVID H. LORIG
DENNIS P. MARTIN
TIM J. SCULLY

From the Office of Fund Counsel

January 23, 2008

FILE COPY

Kevin D. Brown
1007 Longaker
Northbrook, Illinois 60062

Re:   *Laborers' Pension and Welfare v. Kevin D. Brown, d/b/a Allstar Construction*: Case Number: 07 CV 6422

Dear Mr. Brown:

Enclosed please find a Minute Order entered by the Hon. Judge Elaine E. Bucklo on January 18, 2008 ordering the Company to produce its books and records and to submit to an audit within 60 days. Please contact me immediately to comply with the Court's Order. Be advised that if you have not responded and complied with the Court's Order within the specified timeframe, I will file the appropriate Motion for Rule to Show Cause why you should not be held in contempt.

Do not hesitate to contact me should you have any further questions.

Very truly yours,

LABORERS PENSION AND WELFARE FUNDS

Charles Ingrassia

Encl.

Reply to Chicago Office


EXHIBIT B

EMPLOYER PARTICIPANTS –

Builders' Association, Employing Plasterers' Association, Underground Contractors' Association, Mason Contractors' Association, Concrete Contractors' Association, Wrecking Contractors, Concrete Products Employers, Lake County Illinois Employers, Illinois Road Builders Association, Bridge and Highway Structural Builders; i.e. all those who employ Laborers Engaged in the Building and Construction Industry.

522

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Laborers' Pension Fund, et al.
                              Plaintiff,

v.                                                Case No.: 1:07−cv−06422
                                                Honorable Elaine E. Bucklo

Kevin D. Brown
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 18, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :Plaintiffs' motion for RULE to show cause[13] is denied without prejudice. Defendant shall produce books and records and submit to an audit within 60 days. Status hearing held on 1/18/2008.Prove−up hearing continued to 4/3/2008 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused a copy of the foregoing Motion for Rule to Show Cause to be served upon the following person via US Mail this 18th day of March 2008.

Mr. Kevin D. Brown, d/b/a
Allstar Construction
1007 Longaker
Northbrook, IL 60062

/s/ Charles Ingrassia