IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 07 C 6422 |
| v. | ) | |
| | ) | Judge BUCKLO |
| KEVIN D. BROWN, d/b/a ALLSTAR CONSTRUCTION., | ) ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

This matter having come to be heard on the Motion of Plaintiffs Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and James S. Jorgensen (collectively the "Plaintiffs" or the "Funds") pursuant to Rule 55(b) of the Federal Rules of Civil Procedure for an Entry of Default Judgment against Defendant Kevin D. Brown, d/b/a Allstar Construction, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1.  Default judgment in sum certain is hereby entered in favor of the Plaintiffs and against the Defendant in the amount of $4,310.64 pursuant to Fed. R. Civ. P. 55(b) as follows:

   A.  $1,423.54 in unpaid benefits and dues contributions, liquidated damages, accumulated liquidated damages, interest and audit costs due on the audit for the period of August 1, 2007 through March 31, 2007; and

      B.    $2,887.10 in attorneys fees and costs.

ENTER:

                                            The Honorable Judge Elaine E. Bucklo
                                                  United States District Court Judge

Date:_____