IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND et al., | ) |
| | ) |
| Plaintiffs, | ) Case No. 07 C 6422 |
| v. | ) |
| | ) Judge BUCKLO |
| KEVIN D. BROWN, d/b/a ALLSTAR CONSTRUCTION., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

To:   Kevin D. Brown d/b/a Allstar Construction
      1007 Longaker
      Northbrook, Illinois 60062

PLEASE TAKE NOTICE that at **9:30 a.m. on Tuesday, June 3, 2008**, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Elaine E. Bucklo, Room 1441, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present **Plaintiffs' Motion for Entry of Default Judgment in Sum Certain**, a copy of which is herewith served upon you.

May 20, 2008                                              Laborers Pension Fund, et al.

                                                          By: /s/ Charles Ingrassia

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540


## PROOF OF SERVICE BY MAIL

The undersigned certifies that on this 20th day of May 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                          /s/ Charles Ingrassia