**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division**

Laborers' Pension Fund, et al.
                              Plaintiff,
v.                                              Case No.: 1:07−cv−06422
                                                Honorable Elaine E. Bucklo
Kevin D. Brown
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

    MINUTE entry before the Honorable Elaine E. Bucklo:Plaintiffs' motion for default judgment [20] is granted. Accordingly, judgment in the amount of $4,310.64 is entered in favor of plaintiffs and against the defendant. See Judgment Order for details. Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.