UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORERS' PENSION FUND; ET AL** | COURT DATE: 7/8/2008 |
| PLAINTIFF(S) | Case No.<br>07 C 6422 |
| vs. | |
| **KEVIN D. BROWN D/B/A ALLSTAR CONSTRUCTION** | SERVICE DOCUMENTS:<br>**CITATION TO DISCOVER ASSETS** |
| DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jun 17, 2008**, at **11:07 AM**, I served the above described documents upon **KEVIN D. BROWN D/B/A ALLST**. **CONSTRUCTION** as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **KEVIN BRO**

Said service was effected at **1007 LONGAKER, NORTHBROOK, IL 60062.**

**DESCRIPTION:**  Gender: **M**  Race: **WHITE**  Age: **45**  Hgt: **6'0"**  Wgt: **190**  Hair: **BROWN**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

**Ryan Flaska, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 17th day of June, 2008

Joan C. Harenberg

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC