## THIRD PARTY CITATION

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KEVIN D. BROWN, d/b/a ALLSTAR )<br>CONSTRUCTION., )<br>)<br>Defendant. ) | Case No. 07 C 6422<br><br>Judge BUCKLO |

| Address of Judgment Debtor: | Name and Address of Attorney for Judgment Creditor |
|---|---|
| Kevin Brown, d/b/a | Charles Ingrassia, Office of Fund Counsel |
| Allstar Construction | LABORERS' PENSION AND WELFARE FUNDS |
| 1007 Longaker Rd | 111 W. Jackson Blvd., Suite 1415 |
| Northbrook, Il 60062 | Chicago, IL 60604 |

Amount of Judgment: $4,310.64 (Judgment Order dated May 27, 2008 attached)

TO: Fifth Third Bank, Attn: Legal Department, 346 W. Carol Lane, Elmhurst, IL 60126 (815/476-7460)

Return date and time: Friday, August 29, 2008 at 11:00 a.m.

Location: Laborers' Pension and Welfare Funds, Office of Funds Counsel, 111 W. Jackson Blvd., Suite 1415, Chicago, IL 60604, (312) 692-1540

THIRD PARTY DEPONENTS: YOU MAY NOT NEED TO APPEAR. Plaintiffs reserve the right to take the Citation deposition, but may discharge you from appearing upon review of the documents requested. Please contact Plaintiffs' attorney to discuss fees, if any, for documentation requested prior to copying and sending documents.

WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE FEDERAL OR COUNTY JAIL.

## ANSWER

fifTh Third Bank, certify under penalty of perjury that with regard to the property of judgment de
(Citation Respondent)
Citation Respondent filed the following answer to this Citation to Discover Assets and its possession the following pro
the judgment debtor.

Circle one or more of the following and indicate the amount held:

(A)  Savings Account (Amount withheld) $ 92 336055167   $18.11

(B)  Checking and/or Now Account (Amount withheld) 92 338555415   $674.03

C)   Certificate of Deposity (Amount held) $_____

D)   Money Market Account (Amount held) $_____

E)   Trust Account (Amount held) $_____

F)   Safety Deposit Box $_____

G)   No Accounts_____

H)   Adverse Claimant: Name_____
     Address_____

I)   Wages, Salary or Commissions_____

J)   Other Personal Property (Describe)_____

Attach a sheet for any additional information required by the Citation

Sub-Total $692.11

Less right of offset for other loans_____

Less deduction for fees limited by
205 ILCS 5/48.1  _____

Total $692.11

**FILED SEP 08 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**
**SEP. 03, 2008**

According to the business records kept by the Citation Respondent, we show the above information to be correct.

a Roberts
Agent for Citation Respondent

8·25·08
Date

Respondent/Agent:

Agent Name: fifth Third BK

Business Name:_____

Address:_____

Phone: 513·358-2134

Fax: 513·358·1279

NOTE: A copy of this Answer should be mailed or faxed to the Attorney for Plaintiff or Judgment Creditor and the De